UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA REYNOLDS, ADMINISTRATRIX
FOR THE ESTATE OF MICHAEL REYNOLDS
AND BARBARA REYNOLDS,

No. 300CV00813 (AVC)

     Plaintiff,

CITY OF WEST HAVEN,

     Intervening Plaintiff,

v.

BANDIT INDUSTRIES, INC., PERFORMANCE
FIRST, INC., & TRI-COUNTY CONTRACTORS
SUPPLY, INC.,

     Defendants.

_____/

ORDER

At a session of said Court, held
in the City of Hartford, State of Connecticut
on _____ OCTOBER 31, 2003

PRESENT:  The Honorable _Alfred V. Covello_

THIS MATTER HAVING come before the court upon the stipulation of the

parties, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that all claims arising out of the allegations in

Plaintiff's Complaint are dismissed with prejudice and without costs as to all parties.  This Order

resolves the last pending claim and closes the case.

U.S. DISTRICT COURT JUDGE

Detroit.00700.93491.955039-1